EDWARD T. HOWE, Respondent, *v.* MEDICAL ARTS CENTER HOSPITAL, Appellant.

Argued December 9, 1941; decided January 8, 1942.

*Richards W. Hannah* and *Wilbur H. Hecht* for appellant.
*Hyman I. Fischbach* and *John J. Corwin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.